```
 1 | DANIEL S. SILVERMAN (State Bar No. 137864)
   | dsilverman@roll.com
 2 | ANDREW E. ASCH (State Bar No. 198857)
   | aasch@roll.com
 3 | RISA J. MORRIS (State Bar No. 221179)
   | rmorris@roll.com
 4 | ROLL INTERNATIONAL CORPORATION - LEGAL DEPARTMENT
   | 11444 W. Olympic Boulevard, 10th Floor
 5 | Los Angeles, California 90064-1557
   | Telephone: 310-966-5700
 6 | Facsimile: 310-966-8810
 7 |
   | Attorneys for Plaintiffs
 8 | CAL PURE PISTACHIOS, INC. and
   | PARAMOUNT FARMS, INC.
 9 |
10 |
11 |              UNITED STATES DISTRICT COURT
12 |              CENTRAL DISTRICT OF CALIFORNIA
13 |
14 | CAL PURE PISTACHIOS, INC., a     )  Case No. CV09-7874 GW (RCx)
   | California corporation, and      )
15 | PARAMOUNT FARMS, INC., a         )  COMPLAINT FOR (1) FALSE
   | Delaware corporation,            )  ADVERTISING UNDER LANHAM
16 |                                  )  ACT § 43(A); (2) INTENTIONAL
   |          Plaintiffs,             )  INTERFERENCE WITH
17 |                                  )  PROSPECTIVE ECONOMIC
   |     v.                           )  ADVANTAGE; (3) NEGLIGENT
18 |                                  )  INTERFERENCE WITH
   | PRIMEX FARMS, LLC, a California  )  PROSPECTIVE ECONOMIC
19 | limited liability company, ALI AMIN, ) ADVANTAGE
   | JR., an individual, BRAD GLEASON,)
20 | an individual, and DOES 1 through 10, ) DEMAND FOR JURY TRIAL
   | inclusive,                       )
21 |                                  )
   |          Defendants.             )
22 |                                  )
23 | _____
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///
```

FILED 2009 OCT 28 PM 3:28

{033880.4}

COMPLAINT

Plaintiffs Paramount Farms, Inc. ("PFI") and Cal Pure Pistachios, Inc. ("Cal Pure") (collectively, "Plaintiffs") hereby allege as follows:

## PARTIES

1. Plaintiff PFI is a Delaware corporation with its principal place of business in Lost Hills, California.

2. Plaintiff Cal Pure is a non-profit cooperative association with its principal place of business in Los Angeles, California.

3. Defendant Primex Farms, LLC ("Primex") is a California limited liability company with its principal place of business in the County of Los Angeles, California.

4. Defendant Ali Amin, Jr. ("Amin") is, and at all relevant times herein was, the president and owner of Primex. Amin resides in Los Angeles County, California.

5. Defendant Brad Gleason ("Gleason") is, and at all relevant times herein was, the Business Development Manager of Primex. On information and belief, Gleason resides in Fresno County, California.

6. Plaintiffs are not aware of the true names and capacities of the defendants identified herein as Does 1 through 10, inclusive, and therefore fictitiously name said defendants. Plaintiffs will amend this Complaint to allege the true names and capacities of these fictitiously named defendants when their identities are ascertained.

7. Primex, Amin and Does 1 through 10 are referred to collectively herein as "Defendants."

## JURISDICTION AND VENUE

8. This action arises under 15 U.S.C. § 1125(a) and the laws of the State of California. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question), 15 U.S.C. § 1121 (Lanham Act claims) and 28 U.S.C. § 1367 (supplemental jurisdiction).

9. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in this District. In addition, Primex's principal place of business is located in this District.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

10. This is an action seeking relief from false advertising and intentional and negligent interference with prospective economic advantage. These claims are based on Defendants' unlawful and intentional deception of pistachio growers throughout California's San Joaquin Valley, which has resulted in a loss of business and substantial damages to Plaintiffs, who are direct competitors of Defendants. Specifically, Defendants falsely report the weight of the pistachio nuts they process for growers to cheat the growers out of the true value of their pistachios, resulting in harm to Plaintiffs. This action seeks monetary and equitable relief.

### I. THE PARTIES ARE COMPETITORS IN THE SAN JOAQUIN VALLEY'S NUT PROCESSING INDUSTRY.

11. Defendants are processors of pistachio nuts. They provide pistachio processing services to pistachio growers.

12. Specifically, a grower will harvest its pistachios and deposit the nuts in trailers provided by Defendants at the growers' orchards. Defendants then arrange for the transportation of the pistachios to Defendants' processing facilities. At all times, Defendants control the transportation and delivery of the grower's pistachios.

13. When a trailer arrives at Defendants' processing facility, Defendants will weigh the trailer with the harvested pistachios in the trailer using specialized weight equipment. Defendants then determine a so-called "Gross Green weight" for the pistachios. The Gross Green weight is the total weight of the entire trailer and its contents, less the weight of the trailer itself.

///

14. Defendants then process the nuts and pay the grower an agreed price based on numerous factors following the processing of the nuts.

15. Plaintiffs and Defendants are direct competitors in that they compete for the business of pistachio growers in the San Joaquin Valley. For instance, in the 2009 crop year, one grower delivered 21 loads of pistachios to Plaintiffs for sale, and 15 loads to Defendants. In the same crop year, another grower delivered 21 loads of pistachios to Plaintiffs for sale and 10 loads to Defendants. For the 2003, 2004, 2005 and 2006 crop years, a grower called Chaparral Farms, Inc. ("Chaparral") delivered a total of 532 loads of pistachios for sale to Defendants. For the 2007 and 2008 crop years, Chaparral delivered a total of 323 loads of pistachios for sale to Plaintiffs. Plaintiffs and Defendants compete for pistachios from numerous other growers as well.

## II. DEFENDANTS ENGAGE IN FALSE ADVERTISING OF THEIR SERVICES.

16. On information and belief, Defendants circulate various promotional materials to attract growers to do business with Defendants. These promotional materials include regular newsletters containing pricing information that are circulated to both potential growers and growers currently doing business with Defendants, including growers doing business with Plaintiffs. Defendants also engage in direct marketing via telephone calls and in-person meetings with agents of local growers.

17. On information and belief, in their promotional materials and direct marketing, Defendants represent that they will pay specified rates per pound for pistachios that they process and further represent that they will accurately weigh all truckloads of pistachios brought to their facilities.

/ / /

/ / /

/ / /