DANIEL S. SILVERMAN (State Bar No. 137864)
dsilverman@roll.com
ANDREW E. ASCH (State Bar No. 198857)
aasch@roll.com
RISA J. MORRIS (State Bar No. 221179)
rmorris@roll.com
ROLL INTERNATIONAL CORPORATION - LEGAL DEPARTMENT
11444 W. Olympic Boulevard, 10th Floor
Los Angeles, California 90064-1557
Telephone: 310-966-5700
Facsimile: 310-966-8810

Attorneys for Plaintiffs
CAL PURE PISTACHIOS, INC. and
PARAMOUNT FARMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CAL PURE PISTACHIOS, INC., a California corporation, and PARAMOUNT FARMS, INC., a Delaware corporation,

    Plaintiffs,

v.

PRIMEX FARMS, LLC, a California limited liability company, ALI AMIN, JR., an individual, BRAD GLEASON, an individual, and DOES 1 through 10, inclusive,

    Defendants.

Case No. CV09-7874 GW (RCx)

PLAINTIFF CAL PURE PISTACHIOS, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1

    Plaintiff Cal Pure Pistachios, Inc. ("Plaintiff") hereby submits this Certificate of Interested Parties, which includes all persons, associations of persons, firms, partnerships and corporations which may have a pecuniary interest in the outcome of the case, including any insurance carrier which may be liable in whole or in part (directly or indirectly) for a judgment that may be entered in the action or for the

{033973.1}

1  party may have a pecuniary interest in the outcome of this case. These
2  representations are made to enable the Court to evaluate possible disqualifications or
3  recusal.

    1. Pistachio Producers of California is a member of Plaintiff.

    2. Paramount Growers Cooperative, Inc. is a member of Plaintiff.

    3. Stewart and Lynda Resnick, as trustees of a revocable trust entitled the Stewart and Lynda Resnick Revocable Trust, dated December 27, 1988, as amended, have a pecuniary interest in Plaintiff.

DATED: October 28, 2009   ROLL INTERNATIONAL CORP.- LEGAL DEPT.

By: _____
Daniel S. Silverman
Attorneys for Defendants CAL PURE PISTACHIOS, INC. and PARAMOUNT FARMS, INC.